**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **No. 1:19-cr-** |
| | ) | |
| v. | ) | **18 U.S.C. §§ 2252A(a)(2) & (b)(1)** |
| | ) | **18 U.S.C. § 2253(a)** |
| **LEONIDAS N. MAVROGENIS, JR.,** | ) | |
| **defendant** | ) | |
| | ) | |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE
18 U.S.C. § 2252A(a)(2) & (b)(1)
[Distribution of Child Pornography]

On or about February 8, 2018, through March 23, 2018, in the District of New Hampshire

and elsewhere, the defendant,

### LEONIDAS N. MAVROGENIS, JR.,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section

2256(8)(A), that has been transported using any means and facility of interstate commerce,

including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2) and

(b)(1).

### NOTICE OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, and upon conviction on Count One,

the defendant,

### LEONIDAS N. MAVROGENIS, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any

and all matter which contains visual depictions of minors engaged in sexually explicit conduct in

violation of Title 18, United States Code, Section 2251 and 2252A; any property constituting or

traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above-charged offense; and any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense.

SCOTT W. MURRAY
United States Attorney

Dated: September 26, 2019

By: _____

Cam T. Le
Assistant U.S. Attorney